# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
                                        )
**UNITED STATES of AMERICA,**           )
                                        )
                                        )    **Criminal No.**
    **v.**           )    **25-10447-FDS**
                                        )
**HARVEY RODRIGUEZ,**                   )
                                        )
    **Defendant.**   )
_____)

## ORDER CONCERNING APPOINTMENT
## OF NEW COUNSEL

**SAYLOR, J.**

On January 14, 2026, defendant Harvey Rodriguez waived indictment and pleaded guilty to an information charging him with (1) conspiracy to manufacture, distribute, and possess with intent to distribute fentanyl, methamphetamine, and cocaine in violation of 21 U.S.C. § 846 and (2) conspiracy to interfere with commerce by robbery in violation of 18 U.S.C. § 1951(a). Defendant was represented by attorney Leonard E. Milligan III, who had been appointed by the court to represent him at the time of his initial appearance.

At the time of the plea, defendant was detained at the Wyatt Detention Facility in Central Falls, Rhode Island. When he was returned by van to Wyatt immediately after the plea, he was discovered to have in his possession multiple pieces of paper that (based on subsequent testing) were impregnated with a controlled substance.

A preliminary investigation, including a review of video footage from the courtroom, appears to indicate that the impregnated papers in question were provided directly to defendant by his counsel, attorney Milligan. The matter remains under investigation, and it is not known at

this stage whether attorney Milligan acted as a conduit, knowingly or unknowingly, between a third person and defendant.

Under the circumstances, the Court concludes that attorney Milligan is in a position of potential conflict of interest with respect to defendant such that a change of counsel in this proceeding is required. Accordingly, this matter is referred to the United States Magistrate Judge for appointment of successor counsel for the purposes of sentencing and all other matters arising in or related to this proceeding.

**So Ordered.**


/s/  F. Dennis Saylor IV
F. Dennis Saylor IV
Dated:  January 21, 2026        United States District Judge